## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD JERMAINE WASHINGTON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:12-cv-04048-RBP-JHE |
| OFFICER A. ARMSTRONG, | ) |
| Defendant. | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report on June 26, 2014, recommending that Defendant's motion for summary judgment be granted and this action dismissed with prejudice. Although the parties were advised that they may file specific written objections within fourteen days, no party has responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law. Accordingly, Defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 23rd day of July, 2014.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE